**J. Dana Pinney**, OSB 753088
JDPinney@wagelawyer.com
**A. E. Bud Bailey**, OSB 871577
BBailey@wagelawyer.com
**Bailey, Pinney & Associates, LLC**
12204 SE Mill Plain Blvd, Suite 100
Vancouver, WA 98684
Phone:  (360) 567-2551
Fax:  (360) 567-3331
        Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
## (MEDFORD DIVISION)

| | |
|---|---|
| **ERNEST ARTHUR**, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>**MURPHY COMPANY**, an Oregon corporation, d/b/a as MURPHY VENEER, MURPHY PLYWOOD, and MURPHY HARDWOOD PLYWOOD,<br><br>                        Defendant. | Case No.: **10-cv-03142-CL**<br><br>PLAINTIFF'S PETITION FOR ATTORNEY FEES, COSTS & EXPENSES<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to the Court's October 31, 2011 Order, Plaintiff submits this petition for attorney fees, costs and expenses.  Plaintiff requests that the Court award costs and expenses in the amount of $2,436.76 and attorney fees in the amount of $79,158.00.  This petition is supported by Plaintiff's memorandum and declaration of attorney A.E. Bud Bailey filed herewith.  Plaintiff also requests that the court schedule a hearing for oral argument on this matter.

| | |
|---|---|
| Dated:  November 18, 2011 | Bailey, Pinney & Associates, LLC<br><br>  /s/ A. E. Bud Bailey<br>A. E. BUD BAILEY, OSB No. 871577<br>A. E. Bud Bailey, OSB 871577<br>BBailey@wagelawyer.com<br>Of Attorney for Plaintiff |

Page 1 -        Plaintiff's Petition for Attorney Fees, Costs & Expenses