**Michael E. Haglund** OSB No. 772030
email:  mhaglund@hk-law.com
**HAGLUND KELLEY JONES
    & WILDER LLP**
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Attorneys for Defendant.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **ERNEST ARTHUR,** on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>    v.<br><br>**MURPHY COMPANY**, an Oregon corporation, d/b/a as **MURPHY VENEER, MURPHY PLYWOOD**, and **MURPHY HARDWOOD PLYWOOD**,<br><br>    Defendant. | Case No.: CV 1:10cv3142-CL<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |

In response to the Court's April 16, 2012 Order, the parties jointly propose the following case management schedule:

///

///

Page 1 –  **JOINT PROPOSED CASE MANAGEMENT SCHEDULE**

1. Close of discovery — October 19, 2012
2. Expert witness disclosures — November 2, 2012
3. Plaintiff's motion to certify class — November 20, 2012
4. Defendant's response to motion to certify class — December 7, 2012
5. Plaintiff's reply regarding class certification — December 21, 2012
6. Dispositive motion deadline — April 8, 2013
7. ADR Report — April 29, 2013

The parties also propose that the Court schedule the trial date in this case at the time of the oral argument on Plaintiff's Motion for Attorneys' Fees, which is set for May 9, 2012 at 10:00 a.m. via telephone conference.

DATED this 27th day of April, 2012.

BAILEY, PINNEY & ASSOCIATES, LLC

By:/s/Cheyenne Powelson
  Cheyenne Powelson, OSB No. 305512
  Attorneys for Plaintiff

HAGLUND KELLEY JONES & WILDER, LLP

By/s/ Michael E. Haglund
  Michael E. Haglund, OSB No. 772030
  Attorneys for Defendant

Page 2 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE

HAGLUND KELLEY JONES & WILDER LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201
0000016463H073PL10

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2012, I served the foregoing **JOINT PROPOSED CASE MANAGEMENT SCHEDULE**, on the following:

> J. Dana Pinney
> Cheyenne Powelson
> BAILEY, PINNEY & ASSOCIATES, LLC
> 12204 SE Mill Plain Blvd, Suite 100
> Vancouver, WA  98684

by the following indicated method(s):

☐   by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐   by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐   by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☐   by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒   by transmitting full, true and correct copies thereof to the attorney through the court's Cm/ECF system on the date set forth above.

/s/Michael E. Haglund

**PAGE 1 -- CERTIFICATE OF SERVICE**