**J. Dana Pinney**, OSB 753088
JDPinney@wagelawyer.com
**A. E. Bud Bailey**, OSB 871577
BBailey@wagelawyer.com
**Bailey, Pinney & Associates, LLC**
2401 SE 161st Court, Suite C
Vancouver, WA  98683
Phone:  (360) 567-2551
    Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(MEDFORD DIVISION)**

| | |
|---|---|
| **ERNEST ARTHUR**, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**MURPHY COMPANY**, an Oregon corporation,<br><br>                   Defendant. | 1:10-CV-03142-CL<br><br>PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND FRCP 54(d) MOTION FOR ATTORNEY FEES & EXPENSES |

### Certificate of Conferral (LR 7-1)

Pursuant to Local Rule 7-1, Plaintiff's counsel conferred in good faith on the issues herein with Defendant's counsel by phone on the afternoon of March 31, 2014. During the parties' conference, Defendant's counsel requested that Plaintiff file a motion for extension of time of two weeks.

### Motion

Pursuant to FRCP 54(d)(1)-(2)(B) and FRCP 6(b), Plaintiff moves for an order extending the time for Plaintiff to file a Bill of Costs and motion for fees and costs. Plaintiff requests the Court order that those matters be filed by no later than Tuesday,

Page 1 -   **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND FRCP 54(d) MOTION FOR ATTORNEY FEES & EXPENSES**

April 15, 2014.

This motion is timely under FRCP 6(b)(1)(A), having been filed before the 14-day deadline set by FRCP 54(d). The current deadline is April 1, 2014.

Good cause exists for extending the deadline. The parties are actively trying to settle Plaintiff's fees and costs without the need for court intervention. However, Defendant's counsel possessed very limited availability the week of March 24, 2014, having been out of the country during that time. The two week extension requested herein will enable the parties to further discuss and attempt to amicably resolve Plaintiff's fees and costs.

Submitted March 31, 2014.

        Bailey, Pinney & Associates, LLC

         /s/ *J. Dana Pinney*
        J. Dana Pinney, OSB No. 753088
        JDPinney@wagelawyer.com
        Of Attorneys for Plaintiff
        Phone: (360) 567-2551

Page 2 -   **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND FRCP 54(d) MOTION FOR ATTORNEY FEES & EXPENSES**

**BAILEY PINNEY & ASSOCIATES LLC**
Attorneys at Law
2401 SE 161st Court, Suite C • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

## CERTIFICATE OF SERVICE

*Arthur, et al. v. Murphy Co.*
Case No. 10-CV-03142-CL

I hereby certify that I caused to be served the foregoing *Plaintiff's Unopposed Motion for Extension of Time to File Bill of Costs and FRCP 54(d) Motion for Attorney Fees & Expenses* upon:

**Mr. Michael Haglund**
Haglund Kelley Horngren Jones & Wilder, LLP
MHaglund@hk-law.com
200 SW Market St, Ste 1777
Portland, OR 97201
Attorney for Defendant

by the following indicated method(s):

[X]     by electronic mailing through the CM/ECF system, in accordance with FRCP 5(d), on March 31, 2014.

Signed March 31, 2014.

　　　　　/s/ *J. Dana Pinney*
**J. Dana Pinney**, OSB No. 753088
JDPinney@wagelawyer.com
Of Attorneys for Plaintiff
Phone: (360) 567-2551

Page 3 -     PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BILL OF COSTS AND FRCP 54(d) MOTION FOR ATTORNEY FEES & EXPENSES